IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02489-BNB

VAN STAFFORD,
    Plaintiff,

v.

UNITED STATES, a.k.a. UNITED STATES OF AMERICA,
STATE OF COLORADO,
STATE OF KANSAS,
STATE OF OKLAHOMA,
STATE OF NEW MEXICO, and
STATE OF TEXAS,
    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 5 2008

GREGORY C. LANGHAM
               CLERK

## ORDER OF DISMISSAL

Plaintiff Van Stafford initiated this action by filing *pro se* a complaint. In an order filed on November 30, 2007, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Stafford to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Stafford to file his complaint on the proper form and either to pay the filing fee or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. Stafford was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

On December 19, 2007, Dennis Leon Smith, who is not a party to this action, filed a document titled "Notice of Appeal" in which he states that this action "has been appealed into the Suitor,s [sic] one supreme Court which was created by the Constitution and reserved exclusive to the People of the United States individually

themselves." Mr. Stafford, the only individual who signed the complaint filed in this action, has failed to cure the deficiencies within the time allowed and he has failed to respond in any way to Magistrate Judge Boland's November 30 order. Therefore, the complaint and the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 25 day of January, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02489-BNB

Van Stafford
7511 US Hwy 287
Campo, CO 81029

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 1/25/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk